IN THE SUPREME COURT OF TEXAS

 No. 04-0114

 IN RE LEXINGTON INSURANCE COMPANY

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for stay, filed February 4, 2004, is
 granted. The order dated October 31, 2003, in Cause No. 2001-
 49363, styled Lexington Insurance Company v. Varco
 International, Inc., Tuboscope Vetco International, Inc.,
 Advanced Wirecloth, Inc., Environmental Procedures, Inc., and
 Vincent D. Leone, Sr., in the 164th District Court of Harris
 County, Texas, is stayed pending further order of this Court.

 2. No documents or materials shall be released until further order
 of this Court.

 3. The real parties in interest are requested to respond to
 relator's petition for writ of mandamus no later than 5:00 p.m.,
 February 16, 2004.

 Done at the City of Austin, this February 4, 2004.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk